# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD OLDS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: CV 05-5865 PJW<br><br>J UDGMENT |

The court having approved the parties' stipulation to reopen this case for the purpose of entering judgment for Plaintiff hereby grants judgment for Plaintiff having obtained a favorable determination February 23, 2007 at the Administrative Hearing.

DATED:  1/20/10

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HONORABLE PATRICK J. WALSH
　　　　　　　　　　　　　　　United States Magistrate Judge